No. 269. RUSSELL, CIRCUIT COURT JUDGE, *v.* MISSOURI EX REL. ST. LOUIS-SAN FRANCISCO RAILWAY Co. Supreme Court of Missouri. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Victor Packman, Henry D. Espy,*

*Charles H. Houston* and *Joseph C. Waddy* for petitioner. *Cornelius H. Skinker, Jr.* for respondent.